In the Matter of the Application of RONALD E. CURTIS, Petitioner, for a Peremptory Mandamus Order against ARCHIBALD R. WATSON, Clerk of the County of New York, Respondent.*

Supreme Court, Special Term, New York County, May 14, 1938.

*Knowlton Durham* [*Knowlton Durham* and *Alfred S. Forsyth* of counsel], for the petitioner.

*Frank A. Carlin, Counsel to the County Clerk of New York County.*

FRANKENTHALER, J.   Motion to remove the petitioner's name from the list of jurors and to place his name upon a list of persons permanently exempt from jury duty is denied. (*People ex rel. Cunningham* v. *Roper*, 35 N. Y. 629; *People ex rel. Sears* v. *Board of Assessors*, 84 id. 610.)

* Affd., 254 App. Div. 861.